Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00203-CV

Thomas P. **HAYDEN**, Sr. and Shirley A. Hayden,
Appellants

v.

**JOHN AND JUDY CLEGG INVESTMENTS, LTD.**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 08-2027-CV
Honorable W. C. Kirkendall, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:   August 31, 2009

JOINT MOTION TO SET ASIDE JUDGMENT GRANTED; REVERSED AND REMANDED

The parties have filed a joint motion stating they have fully resolved and settled all issues in dispute. The parties ask that we set aside the trial court's judgment and remand the cause to the trial court for rendition of judgment in accordance with the agreement of the parties. We grant the parties' motion. The judgment of the trial court is therefore reversed, and the cause is remanded to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B).

PER CURIAM